UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM E. DOYLE | * | CIVIL ACTION NO. 12-31 |
| versus | * | SECTION "E," MAGISTRATE 2 |
| BISSO MARINE CO., INC. | * | HONORABLE SUSIE MORGAN |
| * * * * * * * * * * * * * * * * * * * | | MAGISTRATE JOSEPH C. WILKINSON, JR. |

**O R D E R**

Considering the foregoing Joint Motion to Dismiss,

IT IS ORDERED, ADJUDGED, AND DECREED that the above entitled action be and it is hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __13th__ day of __March__, 2013.

_____
UNITED STATES DISTRICT JUDGE